# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| MARTHA MEDRANO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4, BNC MORTGAGE INC., and WESTERN PROGRESSIVE, LLC, and does 1 through 10, Inclusive,<br><br>Defendants. | Case No. 5:18-cv-02514-R-SHK<br>Hon. Manuel L. Real<br>Ctrm. 880 – Roybal<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS OCWEN LOAN SERVICING, LLC AND U.S. BANK NATIONAL ASSOCIATION**<br><br>Date:         February 4, 2019<br>Time:        10:00 a.m.<br>Courtroom:  880 - 8th Floor<br><br>Action Filed:  November 29, 2018<br>Trial Date:    None Set |

The motion of Defendants OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-4 (collectively "Defendants") to dismiss the Complaint of Plaintiff MARTHA MEDRANO ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted was set for hearing on February 4, 2019 at 10:00 a.m. in Courtroom 880 of the above-entitled Court. On January 29, 2019, the Honorable Manuel L. Real found the matter appropriate for resolution on the papers and without oral argument, and vacated the February 4, 2019 hearing.

The Court, after considering the moving papers, and no opposition having been received, granted Defendants' motion to dismiss Plaintiff's Complaint.

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion of Defendants to dismiss Plaintiff's Complaint is granted without leave to amend.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the case is dismissed in its entirety with prejudice as to Defendants OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-4. Plaintiff is to recover nothing from OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-4.

DATED: March 13, 2019

HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE